U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

Signed May 24, 2011

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SOPOREX, INC., | § | CASE NO. 08-34174 |
| | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| DIANE G. REED, TRUSTEE | § | |
| OF SOPOREX, INC., AND | § | |
| SOPOREX RESPIRATORY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADV. NO. 10-03126 |
| | § | |
| CARECENTRIC NATIONAL, LLC, | § | |
| CARECENTRIC, INC., | § | |
| MESTEK, INC., STEWART B. REED, | § | |
| JOHN R. FESTA, LYLE W. NEWKIRK, | § | |
| RALPH CAPASSO, STEPHEN M. SHEA, | § | |

<u>ORDER GRANTING CARECENTRIC, INC'S MOTION TO RECONSIDER
THE MEMORANDUM OPINION AND ORDER Page - 1</u>
ATL 17,996,014v1 3-16-11

| | |
|---|---|
| STEVEN F. OLEARCEK | § |
| | § |
| CareCentric Defendants. | § |

**ORDER GRANTING CARECENTRIC, INC.'S MOTION TO RECONSIDER THE MEMORANDUM OPINION AND ORDER**

Upon CareCentric, Inc.'s *Motion to Reconsider The Memorandum Opinion and Order* (the "**Motion**") filed by CareCentric, Inc. ("**CCI**"), and CCI having provided sufficient and proper notice of the Motion to all parties entitled thereto and no additional notice being required, and the Court having considered all arguments and evidence provided and having determined that the legal and factual bases set forth in the Motion establish just and sufficient cause to grant the relief requested therein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is granted pursuant to Fed R. Civ. P 59(e) and Federal Rule of Bankruptcy Procedure 9023.

2. The conversion claim alleged by Plaintiff in Count 4 of the Complaint is hereby dismissed as to CCI for the same reasons that it was dismissed as to the other CareCentric Defendants in the Memorandum Opinion and Order [Dkt. No. 47] .

3. The Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

###END OF ORDER###